IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| AMAURI CHAVEZ LOPEZ, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | CAUSE NO. EP-26-CV-115-KC |
| § | |
| ANGEL GARITE et al., § | |
| § | |
| Respondents. § | |

### ORDER

On this day, the Court considered the case. On January 21, 2026, Amauri Chavez Lopez filed a Petition for Writ of Habeas Corpus, ECF No. 1. Chavez Lopez alleged that the payment system at Immigration and Customs Enforcement ("ICE") would not accept payment of a bond that had been set by an Immigration Judge. *See* AO 242 ¶ 13(a), ECF No. 1. On January 22, the Court ordered Respondents to show cause why the Petition should not be granted. Jan. 22, 2026, Order 3, ECF No. 3.

Respondents now inform the Court that "Petitioner was released from custody on January 27, 2026." Advisory, ECF No. 4. Thus, Respondents state, "this renders the Petition for Habeas relief moot." *Id.*

"[W]here an [immigration detainee] is granted the relief he requests, no 'case or controversy' remains" and thus the habeas petition is rendered moot. *Virani v. Huron*, No. 5:19-cv-499-ESC, 2020 WL 7405655, at *3 (W.D. Tex. Dec. 17, 2020) (quoting *Ortez v. Chandler*, 845 F.2d 573, 575 (5th Cir. 1988)). Because Chavez Lopez has now been released from ICE custody, the Petition is moot. *See Ortez*, 845 F.2d at 575.

Accordingly, the Court **ORDERS** that the Petition is **DISMISSED** as moot. To the extent Chavez Lopez wishes to seek additional relief from the Court, he may file a motion to reopen.

**IT IS FURTHER ORDERED** that all deadlines in this case are **VACATED**.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 30th day of January, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE